## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV5620                                             Purchased/Filed: June 13, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                 Plaintiff

against

*B & A Interiors, Ltd.*                                                                 Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 20, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____B & A Interiors, Ltd._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__22nd__ day of _____June, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0705295

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**