UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY          07 CV 5620 (KMK)
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **ORDER TO SHOW CAUSE**
RETRAINING, EDUCATIONAL AND INDUSTRY            **FOR DEFAULT**
FUND, NEW YORK CITY DISTRICT COUNCIL OF         **JUDGMENT AND ORDER**
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

          Plaintiffs,

  -against-

B & A INTERIORS, LTD.,

          Defendant.
--------------------------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/7/07

  UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 25th day of July, 2007 and all of the proceedings had herein, let Defendant B & A Interiors, Ltd., appear before Judge Kenneth M. Karas at this Federal Courthouse, Courtroom 21-D, located at 500 Pearl Street, New York, NY, 10007 on the 19th day of September, 2007 at 11:30 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against B & A Interiors, Ltd. and in favor of plaintiffs, confirming an arbitration award dated February 20, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5__ P.M. on the 25th day of __August__, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __Sept. 12__, 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
__July 25__, 2007

_____
Honorable Kenneth M. Karas
United States District Judge