EXHIBIT 1

# NYS Department of State

# Division of Corporations

**Entity Information**

Selected Entity Name: B & A INTERIORS, LTD.

**Selected Entity Status Information**

Current Entity Name: B & A INTERIORS, LTD.
Initial DOS Filing Date: DECEMBER 08, 1981
County: KINGS
Jurisdiction: NEW YORK
Entity Type: DOMESTIC BUSINESS CORPORATION
Current Entity Status: INACTIVE

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

B & A INTERIORS, LTD.
2027 WEST 5TH ST
BROOKLYN, NEW YORK, 11223

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page