EXHIBIT 2

# NYDCC FRINGE BENEFIT DEFICIENCY HOURLY REPORT

**B & A INTERIORS LTD**
Account #11653
From 07/01/2000 To 03/31/2006

| Week Ending | SSN | Name | PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revision | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | 0.00 | 0.00 | 28.00 |
| Totals for group number 114 ===> | | | 56.00 | 0.00 | 0.00 | 56.00 | 28.00 | 28.00 | 0.00 | 0.00 | 28.00 |
| Report Totals ===> | | | 56.00 | 0.00 | 0.00 | 56.00 | 28.00 | 28.00 | 0.00 | 0.00 | 28.00 |

## APPENDIX A — NYDCC FRINGE BENEFIT DEFICIENCY

**B & A INTERIORS LTD**
Account #11653
From 07/01/2000 To 03/31/2006

10/2/2006

| Week Ending | SSN | Name | Group Number | Total Hours | Fringe Rate | Fringes Due | Interest @9.00% | Total Amt Due |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | 114 | 7.00 | 28.66 | 200.62 | 33.74 | 234.36 |
| ███ | ███ | ███ | 114 | 21.00 | 28.66 | 601.86 | 83.55 | 685.41 |
| Totals for Group Number 114 ===> | | | | 28.00 | | 802.48 | 117.29 | 919.77 |
| Grand Totals ===> | | | | 28.00 | | 802.48 | 117.29 | 919.77 |

*[handwritten annotation: "ZERO" with arrow pointing to totals]*

Page 1 of 1