**EXHIBIT 3**

# NYDCC AUDIT HOURS BY WEEK ENDING DATE
10/2/2006

B & A INTERIORS LTD
Account #11653
From 07/01/2000 To 03/31/2006

| Group Number | SSN | Name | PR | Out of Juris | Shop Steward | Total Audited (Hours) | Funded Benefits (Hours) | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **07/18/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 39.00 | 0.00 | 0.00 | 39.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 39.00 | 0.00 | 0.00 | 39.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **08/16/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/19/2002** | | | | | | | | | | | |
| 114 | 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 | CALDER*COLLIN W | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | CHRISTIAN*ROLAND G | 33.50 | 0.00 | 0.00 | 33.50 | 33.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | GEIGER*CURTIS | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | KOFIN*STANISLAW | 26.50 | 0.00 | 0.00 | 26.50 | 26.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | TERRANOVA,ROBERT | 33.50 | 33.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/26/2002** | | | | | | | | | | | |
| 111 | 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 | TERRANOVA,ROBERT | 59.00 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/03/2002** | | | | | | | | | | | |
| 111 | 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 | TERRANOVA,ROBERT | 19.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/11/2002** | | | | | | | | | | | |
| 114 | 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 | CHRISTIAN*ROLAND G | 72.00 | 0.00 | 0.00 | 72.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | DOHERTY*GEORGE P | 29.00 | 0.00 | 0.00 | 29.00 | 29.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | GEIGER*CURTIS | 95.00 | 0.00 | 0.00 | 95.00 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | KOFIN*STANISLAW | 44.50 | 0.00 | 0.00 | 44.50 | 44.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 147.00 | 0.00 | 0.00 | 147.00 | 147.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 117.00 | 0.00 | 0.00 | 117.00 | 117.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/25/2002** | | | | | | | | | | | |
| 114 | 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 | GUTZAN*WALTER F | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | KWOK,HUNG LI | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**B & A INTERIORS LTD**
**Account #11653**
**From 07/01/2000 To 03/31/2006**

| Group Number | SSN | Name | Hours PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 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 | PEREZ*MARGARO | 31.00 | 0.00 | 0.00 | 31.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/15/2002** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 36.00 | 0.00 | 0.00 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 20.00 | 0.00 | 0.00 | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/22/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/29/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **12/06/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | SMITH*BRENDAN | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **12/20/2002** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 33.00 | 0.00 | 0.00 | 33.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 47.00 | 0.00 | 0.00 | 47.00 | 47.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **01/03/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **01/10/2003** | | | | | | | | | | | |
| 114 | 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 | GEIGER*CURTIS | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **01/17/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **02/07/2003** | | | | | | | | | | | |

10/2/2006

**B & A INTERIORS LTD**
**Account #11653**
**From 07/01/2000 To 03/31/2006**

| Group Number | SSN | Name | PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hours | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 48.00 | 0.00 | 0.00 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 48.00 | 0.00 | 0.00 | 48.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **02/28/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **03/21/2003** | | | | | | | | | | | |
| 111 | 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 | POWER,JOSE | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | SAMPSON*ROGER | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **03/28/2003** | | | | | | | | | | | |
| 111 | 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 | KWOK,HUNG LI | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | POWER,JOSE | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | SAMPSON*ROGER | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **04/04/2003** | | | | | | | | | | | |
| 114 | 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 | CHIN*RANDI | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | POWER,JOSE | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | SAMPSON*ROGER | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2612 | 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 | TOOGOOD*KEITH | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2612 | 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 | VERJES*SHAWN | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **04/18/2003** | | | | | | | | | | | |
| 114 | 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 | CHIN*RANDI | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | SAMPSON*ROGER | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2612 | 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 | TOOGOOD*KEITH | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2612 | 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 | VERJES*SHAWN | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **06/27/2003** | | | | | | | | | | | |
| 114 | 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 | FERRARA*ANTHONY | 2.00 | 0.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | TRUSTY*JAMAL | 2.00 | 0.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **07/11/2003** | | | | | | | | | | | |
| 114 | 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 | AUSTERN*PETER | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **07/18/2003** | | | | | | | | | | | |

**B & A INTERIORS LTD**
**Account #11653**
**From 07/01/2000 To 03/31/2006**

| Group Number | SSN | Name | Hours PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 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 | AUSTERN*PETER | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **08/01/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/05/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/26/2003** | | | | | | | | | | | |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | TOBIAS*BERNICE | 12.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | WINSLOW*JOHN C | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/03/2003** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 61.00 | 0.00 | 0.00 | 61.00 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 61.00 | 0.00 | 0.00 | 61.00 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | TOBIAS*BERNICE | 38.50 | 0.00 | 0.00 | 38.50 | 38.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | WINSLOW*JOHN C | 39.50 | 0.00 | 0.00 | 39.50 | 39.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/10/2003** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 45.00 | 0.00 | 0.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 45.00 | 0.00 | 0.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | TOBIAS*BERNICE | 45.00 | 0.00 | 0.00 | 45.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | WINSLOW*JOHN C | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/17/2003** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 36.00 | 0.00 | 0.00 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | CHALLENGER*FRANCISCO | 30.50 | 0.00 | 0.00 | 30.50 | 30.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 60.00 | 0.00 | 0.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**B & A INTERIORS LTD**
**Account #11653**
**From 07/01/2000 To 03/31/2006**

| Group Number | SSN | Name | PR | Out of Juris | Shop Steward | Total Audited (Hours) | Funded Benefits (Hours) | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 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 | PEREZ*MARGARO | 60.00 | 0.00 | 0.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | WINSLOW*JOHN C | 43.50 | 0.00 | 0.00 | 43.50 | 43.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/24/2003** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 52.50 | 0.00 | 0.00 | 52.50 | 52.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | CHALLENGER*FRANCISCO | 53.00 | 0.00 | 0.00 | 53.00 | 53.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 53.00 | 0.00 | 0.00 | 53.00 | 53.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 49.50 | 0.00 | 0.00 | 49.50 | 49.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | RAMOS*VICTOR M | 33.00 | 0.00 | 0.00 | 33.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | WINSLOW*JOHN C | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/31/2003** | | | | | | | | | | | |
| 114 | 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 | ARRE*ALBERT M | 25.00 | 0.00 | 0.00 | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | CHALLENGER*FRANCISCO | 68.00 | 0.00 | 0.00 | 68.00 | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 65.00 | 0.00 | 0.00 | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 68.00 | 0.00 | 0.00 | 68.00 | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | RAMOS*VICTOR M | 25.00 | 0.00 | 0.00 | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/07/2003** | | | | | | | | | | | |
| 114 | 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 | CHALLENGER*FRANCISCO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | MOREIRA-RAMOS*ISMAEL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | PEREZ*MARGARO | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10/29/2004** | | | | | | | | | | | |
| 114 | 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 | JACOBS*AUBREY E | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/05/2004** | | | | | | | | | | | |
| 114 | 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 | JACOBS*AUBREY E | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/12/2004** | | | | | | | | | | | |
| 114 | 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 | JACOBS*AUBREY E | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **11/19/2004** | | | | | | | | | | | |
| 114 | | JACOBS*AUBREY E | 35.00 | 0.00 | 0.00 | 35.00 | 28.00 | 7.00 | 0.00 | 0.00 | 7.00 |
| **12/03/2004** | | | | | | | | | | | |
| 114 | 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 | TROPEA*PAUL | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Only Worked 28 Hours

3/2/2006

**B & A INTERIORS LTD**
**Account #11653**
**From 07/01/2000 To 03/31/2006**

| Group Number | SSN | Name | PR | Out of Juris | Shop Steward | Hours Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **12/10/2004** | | | | | | | | | | | |
| 114 | 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 | TROPEA*PAUL | 36.00 | 0.00 | 0.00 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **12/17/2004** | | | | | | | | | | | |
| 114 | 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 | TROPEA*PAUL | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **12/24/2004** | | | | | | | | | | | |
| 114 | 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 | TROPEA*PAUL | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **03/11/2005** | | | | | | | | | | | |
| 114 | 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 | CHIN*RANDI | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | 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 | TROPEA*PAUL | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **03/18/2005** | | [Did not work — redacted row] | | | | | | | | | |
| **01/27/2006** | | | | | | | | | | | |
| 114 | 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 | CHIN*RANDI | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 3,839.00 | -209.50 | 0.00 | 3,629.50 | 3,601.50 | 28.00 | 0.00 | 0.00 | 28.00 |

*Handwritten annotation: "Should be zero" (pointing to 28.00 in Adjusted Total column)*