**EXHIBIT 5**

Case 1:07-cv-05620-RJS    Document 7-7    Filed 09/12/2007    Page 1 of 3

# MONTHLY REMITTANCE REPORT

1 OF 2

FOR THE PERIOD ENDING ____________

PLEASE REMIT BY THE 15TH OF THE FOLLOWING MONTH TO
NEW YORK DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS
c/o STANDARD DATA CORPORATION
26 JOURNAL SQUARE, JERSEY CITY, N.J. 07306

B & A INTERIORS LTD
1556 62ND STREET
BROOKLYN NY 11219

EMPLOYER FEDERAL ID # 1 1 2 5 9 5 3 1 2

APPRENTICE ONLY REPO

EMPLOYER # 11653 GROUP # 02612-PB

| NAME OF EMPLOYEES | SOCIAL SECURITY # | HOURS |
|---|---|---|
| [illegible]/04 A. Jacobs | 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 | 21 |
| 1/[illegible]/04 Jacobs | | 28 |
| 1/2 Jacobs | | 35 |
| 1/4 [redacted] | | [redacted] |
| 1/26 No work | — | — |
| 2/3/04 Paul Tropea | 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 | 28 |
| 2/10/04 Paul Tropea | | 36 |
| 2/17/04 Paul Tropea | | 14 |
| 2/24/04 Paul Tropea | | 7 |
| | | |

JOB LOCATION ____________ GENERAL CONTRACTOR ____________

JOB LOCATION ____________ GENERAL CONTRACTOR ____________

TOTAL HOURS FOR THE MONTH ____________

WARNING: ANY FALSE STATEMENT OR REPRESENTATION MADE IN REPORTING ON THIS FORM MAY SUBJECT YOU TO PROSECUTION UNDER 18 U.S.G 1027. THE PENALTY FOR WHICH IS A FINE OF $10,000 OR IMPRISONMENT OF 5 YEARS OR BOTH. THE EMPLOYER HEREBY RATIFIES AND APPROVES THE TERMS AND CONDITIONS PERTAINING TO THE CURRENT COLLECTIVE BARGAINING AGREEMENT UNDER THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS.

PRINT [illegible] TITLE Pres DATE 4/1/[illegible]

SIGNATURE [signature] TELEPHONE # ____________

(READ REVERSE SIDE)

EMPLOYER COPY

# UNION WAGES
## CONTRACTING PERIOD 7/01/04 TO 6/30/05

**WEEK ENDING:** 11/19/04

**NAME:** HARBLEY JACOBS

**STATUS:** M-4

**S.S.#:** 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

| | | | | |
|---|---|---|---|---|
| REGULAR HOURS = | 28 | @ 39.25 | = | 1099. |
| OVERTIME HOURS = | | @ 57.88 | = | |
| O.T. SUN & HOLIDAYS = | | @ 78.50 | = | |
| VACATION HOURS = | 28 | @ 4.95 | = | 138.60 |
| | | SUB TOTAL | = | 1237.60 |

F.I.C.A.= 76.88

MED. TAX= 17.98

FED. TAX= 125.

STATE TAX= 62.50

CITY TAX= 33.70

DEDUCTIONS: $ 316.06

NET= 921.54

DEDUCT VACATION: 138.60

NET. NET PAY: $ 782.94

**UNION STAMPS**

FRINGE @ ______ = 23.71 PER HOUR

VACATION @ ______ = 4.95 PER HOUR

TOTAL STAMPS = 28 PER HOUR @ 28.66 = 802.48

---

**B & A FURNISHINGS INC.**
1556 62ND ST
BROOKLYN, NY 11219

1104

1-7281/2214

DATE 11/5/04

PAY TO THE ORDER OF Cash $ 782.94

Seven Hundred + Eighty Two 94/100 DOLLARS

ASTORIA FEDERAL SAVINGS
2241 65TH STREET
BROOKLYN, NY 11204
56

FOR A Jacobs

© HARLAND STYLE XKJ