**EXHIBIT 6**

NYDCC P/R AUDIT: B & A Interiors Ltd ( 11653 )
FRINGE BENEFIT DEFICIENCY
AUDIT PERIOD: 07/01/00 - 06/30/02

07/01/00 - 12/31/00

## APPENDIX 'A' CONTINUED

| LOCAL # | NAME | SS# | HOURS PER PAYROLL | ADD'L SHOP STEWARD HOURS | AUDITED HOURS | (REMITT) HOURS REPORTED NYC | DIFF. |
|---|---|---|---|---|---|---|---|
| | **JOURNEYMEN** | | | | | | |
| 0157 | Christian*Roland G | 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 | 0.00 | 61.00 | 61.00 | 0.00 | 61.00 |
| 0157 | Dawson*Marcia J | 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 | 62.00 | 0.00 | 62.00 | 62.00 | 0.00 |
| 0157 | Golden*Martin F | 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 | 17.00 | 0.00 | 17.00 | 17.00 | 0.00 |
| 2090 | Kofin*Stanislaw | 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 | 0.00 | 42.00 | 42.00 | 0.00 | 42.00 |
| 0608 | Mathieson*Lloyd A | 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 | 18.00 | 0.00 | 18.00 | 18.00 | 0.00 |
| 0608 | Tropea*Paul | 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 | 311.00 | 0.00 | 311.00 | 311.00 | 0.00 |

TOTAL AUDITED HOURS 408.00 103.00 511.00 408.00 103.00
TOTAL PURCHASES 349.00
DIFFERENCE -59.0 -59
HOURLY FRINGE BENEFIT RATE $ 22.97
FRINGE BENEFIT DEFICIENCY $ 3,721.14

*Purchased Stamps* — D. Afroncea

Audit per LPD

NYDCC P/R AUDIT: B & A Interiors Ltd (11653)
FRINGE BENEFIT DEFICIENCY
AUDIT PERIOD: 07/01/00 - 06/30/02

## APPENDIX 'A' CONTINUED

**07/01/00 - 12/31/00**

| LOCAL # | NAME | SS# | HOURS PER PAYROLL | ADD'L SHOP STEWARD HOURS | AUDITED HOURS | (REMITT) HOURS REPORTED NYC | DIFF. |
|---|---|---|---|---|---|---|---|
| | RATE DIFFERENTIAL | | | | | | |
| 3127 | TERRANOVA, ROBERT | 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 | 0.0 | 59.0 | 59.00 | 0.0 | 59.00 |
| | TOTAL AUDITED HOURS | | 0.00 | 59.00 | 59.00 | 0.00 | |
| | TOTAL PURCHASES | | | | 0.00 | | |
| | DIFFERENCE | | | | 59.00 | | |
| | HOURLY FRINGE BENEFIT RATE | | | $ | 10.77 | | |
| | FRINGE BENEFIT DEFICIENCY | | | $ | 635.43 | | |

NYDCC P/R AUDIT: B & A Interiors Ltd ( 11653 )
FRINGE BENEFIT DEFICIENCY
AUDIT PERIOD: 07/01/00 - 06/30/02

### APPENDIX 'A' CONTINUED

07/01/01 - 12/31/01

| LOCAL # | NAME | SS# | HOURS PER PAYROLL | AUDITED HOURS | (REMITT) HOURS REPORTED NYC | DIFF. | Comments |
|---|---|---|---|---|---|---|---|
| | APPRENTICE | | | | | | |
| 0157 | Simon*Odel A | 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 | 166.50 | 166.50 | 166.50 | 0.00 | ok |
| 0157 | Walker*Jermain | 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 | 368.00 | 368.00 | 259.00 | 109.00 | Pending — look @ additional sheet |

TOTAL AUDITED HOURS    534.50    534.50    425.50    109.00  ok
TOTAL PURCHASES                  428.50
DIFFERENCE                       106.00    3.00
HOURLY FRINGE BENEFIT RATE       16.55
FRINGE BENEFIT DEFICIENCY      $ 1,754.30

*Stamps Purchased*

letter

50

NYDCC P/R AUDIT: B & A Interiors Ltd (11653)
FRINGE BENEFIT DEFICIENCY
AUDIT PERIOD: 07/01/00 - 06/30/02

### APPENDIX 'A' CONTINUED

07/01/01 - 12/31/01

50

| LOCAL # | NAME | SS# | HOURS PER PAYROLL | AUDITED HOURS | (REMITT) HOURS REPORTED NYC | DIFF. | Comments |
|---|---|---|---|---|---|---|---|
| | JOURNEYMEN | | | | | | |
| 0157 | Amia*Peter H | 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 | 104.00 | 104.00 | 104.00 | 0.00 | |
| 0157 | Arguelles*Anthony | 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 | 10.00 | 10.00 | 0.00 | 10.00 | Pending |
| 0157 | Arguelles*Stephen | 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 | 34.00 | 34.00 | 0.00 | 34.00 | Pending |
| 0 | Bridgemahon*Tracy J | 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 | 4.00 | 4.00 | 0.00 | 4.00 | Pending |
| | Cacioppo*Louis | 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 | 79.00 | 79.00 | 79.00 | 0.00 | |
| | Dawson*Marcia J | 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 | 196.00 | 196.00 | 150.00 | 46.00 | Pending |
| 0157 | Leitieri*Paul | 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 | 79.00 | 79.00 | 0.00 | 79.00 | Pending |
| | Mcelroy*Terence | 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 | 31.00 | 31.00 | 0.00 | 31.00 | Pending |
| 0608 | Tropea*Paul | 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 | 572.00 | 572.00 | 334.00 | 238.00 | Pending |

TOTAL AUDITED HOURS        1,109.00        1,109.00        667.00        442.00
TOTAL PURCHASES                                832.50
DIFFERENCE                                     276.50        165.5 ok
HOURLY FRINGE BENEFIT RATE                      23.80
FRINGE BENEFIT DEFICIENCY                  $ 6,580.70

*Handwritten notes:* "Means Reported Inaccurate — Monthly Reports Don't Never ROS Amyfts these Companies"

*Handwritten:* "Stamps Purchased"

12.c915