**EXHIBIT 8**


**B&A INTERIORS LTD.**

February 6, 2007

NY District Council of Carpenters Benefit Funds
395 Hudson Street
New York, NY 10014

Dear Sir's,

I am in receipt of your letter concerning going to an arbitrator to hold a hearing as to my obligation to pay you the amount of money that you are expecting us to pay. At this point, it would be a waste of everybody's time. My complaint remains that you have not given me an actual accounting of what men and what days I owe you. I have requested it since last October when I was first informed about this claim.

Do you think I should just send you a check for $10,000 because you say that we owe it? I expect a chance to review your findings to see if I agree or disagree with it. The papers that I have from you show that you feel that I owe a certain amount of money for each quarter. I need to know the man and the days for each of your claims so that I can check it against our records.

I wrote to the District Council and spoke to Denise Meian about this problem last October: she said that she did not have the weekly sheets for 2001 where most of the discrepancy was. She said that she would look into it and let me know. We have not heard back from her or anyone else, until receiving this letter.

My response is simply this: I do not believe that we owe this amount of money, and you need to show us which man and which weeks you believe that we owe. I can show that for the men that you say we owe in 2005, where I have the weekly timesheets, I do not owe this money. I need the rest of the weekly timesheets that are in dispute so that I can compare them to my records. I will repeat this to an arbitrator if you wish at your expense.

Thank You,

Alex Caperna, President

1556 62nd STREET BROOKLYN NY, 11219 TEL. [718] 837.1032 FAX [718] 837.1033