EXHIBIT 2

# O'DWYER & BERNSTIEN, LLP

ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007

(212) 571-7100
(516) 248-4224
FAX (212) 571-7124

BRIAN O'DWYER
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. McCONE
GARY P. ROTHMAN*
STEVEN ARIPOTCH
J. P. DELANEY
DAVID H. SCHULTZ**
RAÚL GARCIA
ROBERT DUNNE
JASON S. FUIMAN⁴
M. GLADYS T. ORANGA
ANDREW R. GRABOIS
NICHOLAS S. HANLON
HELEN WROBEL

OF COUNSEL:
THOMAS J. HUGHES, JR.
ANNE M. PAXTON
MICHAEL CARROLL
CRAIG R. NUSSBAUM**

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CT
⁴ ALSO ADMITTED IN PA & NJ

Writer's Direct Dial

PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)
FRANK DURKAN (1930-2006)

June 12, 2007

Richard S. Bonfiglio, Esq.
238 92nd Street
Brooklyn, New York 11209-5702

Re: **The New York District Council of Carpenters Pension Fund et al. v. B & A Interiors, LTD.**

Dear Mr. Bonfiglio,

During our phone conversation on May 24, you agreed to have your client furnish its books and records for the audit period in question to the auditing firm Schultheis & Panettieri, LLP to Anthony Sgroi's attention. To date, Mr. Sgroi has not received any books and records for the audit period in question. Therefore, I am left with no choice but to commence an action in federal court to confirm the arbitration award dated February 20, 2007.

In an effort to resolve this matter, please contact me at any time.

Very truly yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

AG/jh