UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK CITY DISTRICT COUNCIL
CARPENTERS PENSION FUND, *et al.*,

            Plaintiffs

-v-

B&A INTERIORS, LTD.,

            Defendant.

07-CV-5620 (RJS)

MOTION SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on September 19, 2007, regarding plaintiffs' motion for a default judgment and defendant's cross-motion to vacate the entry of default, the Court directed the parties to submit additional briefing as follows:

        Defendant's papers regarding the default judgment issue shall be submitted by October 1, 2007.

        Plaintiffs' response papers shall be submitted by October 12, 2007.

        The Court will schedule further argument regarding the parties' cross-motions at a later date, if necessary.

SO ORDERED.

DATED:    New York, New York
             September 19, 2007

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE