STATE OF NEW YORK )
:SS.:
COUNTY OF NEW YORK )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 12th day of October, 2007, I served Plaintiffs' **MEMORANDUM OF LAW and DECLARATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO: Richard S. Bonfiglio, Esq.
238 92nd Street
Brooklyn, New York 11209-5702

IAN K. HENDERSON

Sworn to before me this
12th day of October, 2007

NOTARY PUBLIC

ANDREW GRABOIS
Notary Public, State of New York
No. 02GR6127051
Qualified in New York County
Commission Expires May 23, 20 09